IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDDIE JAY THATCHER,        § | | |
|    *Plaintiff*,        § | | CIVIL ACTION 4:14-cv-03551 |
|            § | | |
| v.        § | | |
|            § | | |
| OAKBEND MEDICAL CENTER; and        § | | |
| HAROLD ALLEN, individually and in his        § | | |
| official capacity,        § | | |
|    *Defendants*.        § | | |

## ORDER GRANTING DEFENDANT'S
## MOTION FOR JUDGMENT AS A MATTER OF LAW

ON THIS DAY, the Court considered Defendant's Motion for Judgment as a Matter of Law filed by Defendant OakBend Medical Center. After considering the Motion, the Court is of the opinion that it should be GRANTED. It is therefore

ORDERED that Plaintiff Eddie Jay Thatcher did not engage in speech protected under the First Amendment and Defendant is therefore entitled to judgment as a matter of law on Plaintiff's claim for retaliatory discharge pursuant to 42 U.S.C. § 1983.

Alternatively, it is ORDERED that there is insufficient evidence of malice or reckless indifference by Defendant to support the jury verdict of punitive damages and Plaintiff is not entitled to punitve damages as a matter of law.

Signed this _____ day of _____, 2016.

                                                           _____
                                                           Gray H. Miller
                                                           United States District Judge