United States District Court
Southern District of Texas
**ENTERED**
October 06, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDDIE JAY THATCHER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-14-3551 |
| | § | |
| OAKBEND MEDICAL CENTER, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Pending before the court is a motion for final judgment filed by plaintiff Eddie Jay Thatcher. Dkt. 68. Thatcher requests that the court enter judgment based on a February 10, 2016 jury verdict and an August 29, 2016 order on defendant OakBend Medical Center's motion for judgment as a matter of law. *Id.* Thatcher additionally requests attorneys' fees, costs, pre-judgment interest, and post-judgment interest. *Id.* Thatcher's proposed final judgment contains a proposed prejudgment interest award of 18 percent per annum on the $5,000 award for lost earnings and a post-judgment interest at the current rate equal to the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the week preceding the date of the judgment. *Id.* OakBend responds that the prejudgment interest rate is within the court's discretion and post-judgment interest is governed by 28 U.S.C. § 1961. Dkt. 70. OakBend requests that the court reduce the prejudgment interest to a rate it deems appropriate. *Id.*

Thatcher's motion for judgment is GRANTED IN PART AND DENIED IN PART. The court will issue a final judgment concurrently with this order that will award (1) damages in accordance with the jury's award and the court's order on OakBend's motion for judgment as a

matter of law, (2) fees and costs in accordance with the court's order on Thatcher's motion and supplement motion for attorneys' fees and costs; and (3) prejudgment and post-judgment interest. However, the prejudgment interest will be reduced to 2% per annum on the $5,000.00 in wages from the date this claim was filed (April 14, 2014) until the date of judgment (February 10, 2016).

Signed at Houston, Texas on October 6, 2016.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Gray H. Miller
　　　　　　　　　　　　　　　　　　United States District Judge